MICHAEL MALK
mm@malklawfirm.com
MICHAEL MALK, ESQ., APC
1180 South Beverly Drive, Suite 610
Los Angeles, CA  90035
Telephone:      310-203-0016
Facsimile:       310-499-5210

Attorneys for Plaintiff
JANE DOE

KATHERINE A. MANUEL, CA Bar No. 340838
katherine.manuel@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:      415-442-4810
Facsimile:       415-442-4870

PAUL M. SMITH, CA Bar No. 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:      916-840-3150
Facsimile:       916-840-3159

Attorneys for Defendant
MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MCKESSON CORPORATION, a Delaware Corporation, and Does 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01242-TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE NON-EXPERT DISCOVERY CUT-OFF AND RELATED TRIAL DEADLINES**<br><br>[Filed concurrently with Joint Stipulation to Modify Scheduling Order]<br><br>Action Filed:　June 3, 2022<br>Trial Date:　　None Set<br>Judge:　　　　Hon. Troy L. Nunley |

Good cause appearing therefor, the Parties Joint Stipulation to Modify Scheduling Order and Continue Non-Expert Discovery Cut-Off and Related Trial Deadlines is GRANTED as follows:

1. Non-Expert Discovery Cut-off, currently set for March 17, 2023, be continued for approximately two hundred forty (240) days to on or about November 13, 2023;
2. All other deadlines calendared from the Non-Expert Discovery Cut-off be continued in accordance with the Court's Initial Pretrial Scheduling Order, including without limitation, the expert the expert discovery and dispositive motion deadlines.

DATED: March 7, 2023

Troy L. Nunley
United States District Judge