| | |
|---|---|
| 1 | MICHAEL MALK |
| 2 | mm@malklawfirm.com<br>MICHAEL MALK, ESQ., APC |
| 3 | 424 South Beverly Drive<br>Beverly Hills, CA  90212 |
| 4 | Telephone:     310-203-0016<br>Facsimile:      310-499-5210 |
| 5 | Attorneys for Plaintiff |
| 6 | JANE DOE |
| 7 | KATHERINE A. MANUEL, CA Bar No. 340838<br>katherine.manuel@ogletree.com |
| 8 | SHANNON R. CLAWSON, CA Bar No. 273699<br>shannon.clawson@ogletree.com |
| 9 | OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C. |
| 10 | One Embarcadero Center, Suite 900<br>San Francisco, CA  94111 |
| 11 | Telephone:     415-442-4810<br>Facsimile:      415-442-4870 |
| 12 | PAUL M. SMITH, CA Bar No. 306644 |
| 13 | paul.smith@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C. |
| 14 | 500 Capitol Mall, Suite 2500<br>Sacramento, CA  95814 |
| 15 | Telephone:     916-840-3150<br>Facsimile:      916-840-3159 |
| 16 | |
| 17 | Attorneys for Defendant<br>MCKESSON CORPORATION |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>MCKESSON CORPORATION, a Delaware Corporation, and Does 1 through 100, inclusive,<br><br>             Defendants. | Case No. 2:22-cv-01242-DJC-AC<br><br>**ORDER GRANTING STIPULATION PERMITTING PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Joint Stipulation to Permitting Plaintiff's Filing of First Amended Complaint]<br><br>Action Filed:   June 3, 2022<br>Trial Date:      February 3, 2025<br>Judge:             Hon. Daniel J. Calabretta |

Good cause appearing therefor, the Parties Joint Stipulation to Permit Plaintiff's Filing of First Amended Complaint is GRANTED as follows:

1. Plaintiff is permitted to file a First Amended Complaint, a copy of which was attached to the Parties' Joint Stipulation as Exhibit A;
2. Plaintiff shall file her First Amended Complaint as a stand-alone event immediately after service of this order;
3. Defendant waives notice and service of Plaintiff's First Amended Complaint and is not required to answer the First Amended Complaint; and
4. Defendant's July 13, 2023 Answer to the Complaint as filed in the State Court action shall be deemed responsive to Plaintiff's First Amended Complaint.

Dated:  February 27, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE