MICHAEL MALK
mm@malklawfirm.com
MICHAEL MALK, ESQ., APC
424 South Beverly Drive
Beverly Hills, CA 90212
Telephone: 310-203-0016
Facsimile: 310-499-5210

Attorneys for Plaintiff
JANE DOE

KATHERINE A. MANUEL, CA Bar No. 340838
katherine.manuel@ogletree.com
SHANNON R. CLAWSON, CA Bar No. 273699
shannon.clawson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-442-4810
Facsimile: 415-442-4870

PAUL M. SMITH, CA Bar No. 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant
MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION, a Delaware Corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01242-DJC-AC<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Action Filed: June 3, 2022<br>Trial Date: February 3, 2025<br>Judge: Hon. Daniel J. Calabretta |

Before the Court is the Joint Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of Plaintiff Jane Doe and Defendant McKesson Corporation.

Having considered the Stipulation, the Court finds that the Stipulation should be GRANTED.

IT IS THEREFORE ORDERED that:

The above-captioned case is hereby dismissed in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:  February 29, 2024                    /s/ Daniel J. Calabretta
                                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                                 UNITED STATES DISTRICT JUDGE